UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 2:21-CR-0145-TOR |
| v. | PROTECTIVE ORDER |
| MARIAN GRACE FLEMING, and GARY ERWIN DOUGLASS, | |
| Defendants. | |

BEFORE THE COURT is the United States' Motion for Protective Order. ECF No. 49. The motion was submitted for consideration without oral argument. Having reviewed the file and the records therein, the Court is fully informed. For good cause shown, the motion is GRANTED as follows:

1. The United States will provide discovery materials to defense counsel of record. Any discovery related motions will be addressed outside of this Protective Order;

2. Discovery materials that contain the voice or image of a confidential source and/ cooperating witnesses will be made available for defense counsels' review at the United States Attorney's Office in Spokane, Washington. Until further Order of the Court, those materials may not be shown to the Defendants or left in Defendants' custody;

PROTECTIVE ORDER ~ 1

3.	Defense counsel may possess but not copy (excluding the production of necessary working copies) all discovery materials;

4.	Defense counsel may show to, and discuss with the Defendants, all discovery materials but Defense counsel shall not provide original or copies of discovery materials to the Defendants;

6.	Defense counsel shall not otherwise provide original or copies of the discovery material to any other person, including subsequently appointed or retained defense counsel, but excluding any staff of defense counsel or investigator and/or expert engaged by defense counsel, who will also be bound by the terms and conditions of the Protective Order.

DATED December 6, 2021.



THOMAS O. RICE
United States District Judge

PROTECTIVE ORDER - 2