PS 42
(Rev 07/93)

## United States District Court

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Aug 25, 2022**

SEAN F. McAVOY, CLERK

| | |
|---|---|
| United States of America ) | |
| ) | |
| vs ) | |
| ) | |
| Marian Grace Fleming ) | Case No. 2:21CR00145-TOR-1 |

### CONSENT TO MODIFY CONDITIONS OF RELEASE

I, Marian Grace Fleming, have discussed with Erik Carlson, Pretrial Services/Probation Officer, modification of my release as follows:

On January 5, 2022, Ms. Fleming appeared before the Court for the purpose of a detention review hearing after her successful completion of inpatient substance abuse treatment. The Court ordered Ms. Fleming to be released under conditions of pretrial release supervision (ECF No. 66). Since her release from custody, Ms. Fleming has complied with her conditions of pretrial release supervision.

Additional condition number 11 requires Ms. Fleming to remain in the Eastern District of Washington while the case is pending, unless a motion requesting travel outside of the district is granted by the Court. Ms. Fleming recently inquired about traveling to Coeur d'Alene, Idaho for a church-related function that will occur in September 2022.

The undersigned officer respectfully recommends Ms. Fleming's release condition regarding her travel restrictions be modified to allow her to travel to Idaho for her church function. Additionally, the requested modification will allow the U.S. Probation Office the ability to approve future travel requests.

**Modified Condition:** Defendant shall remain in the Eastern District of Washington while the case is pending. Defendant may be permitted to travel outside the geographical area with advance notice and approval from U.S. Probation.

The U.S. Attorney's Office does not object to the modification request.

I consent to the modification of my release conditions and agree to abide by the modification.

| _Marian Fleming_ | 8-23-22 | _[signature]_ | 8-24-22 |
|---|---|---|---|
| Signature of Defendant | Date | Pretrial Services/Probation Officer | Date |
| Marian Grace Fleming | | Erik Carlson | |

I have reviewed the conditions with my client and concur that the modification is appropriate.

_____    8/25/2022
Signature of Defense Counsel         Date

Douglas Phelps

[X]   The above modification of conditions of release is ordered, to be effective on  8/25/22  .

[ ]   The above modification of conditions of release is not ordered.

_____    8/25/22
Signature of Judicial Officer         Date

James A. Gocke